

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

(914) 422-8615

May 20, 2021

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Smolen v. Brown, et al.*, 18-CV-7621 (KMK)

Dear Judge Karas:

This office represents Defendants in the above referenced matter. A case management conference is currently scheduled for May 25, 2021; however, Your Honor granted an extension of discovery to June 1, 2021 (*see* Docket No. 44). We respectfully request the status conference be rescheduled to a date convenient for the Court following the close of discovery.

Respectfully submitted,

Kathryn Martin
Assistant Attorney General
(914) 422-8615
Kathryn.martin@ag.ny.gov

cc:   Samuel J. Smolen
      Plaintiff Pro Se
      Din# 85-A-4082
      Sullivan Correctional Facility
      P.O. Box 116
      Fallsburg, NY 12733-0116

Granted. The Court will hold a teleconference on June 15, 2021 at 10:00 AM

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/21/2021