**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

October 4, 2021

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>Smolen v. Brown, et al.</u>, 18-CV-7621 (KMK)

Dear Judge Karas:

A status conference is currently scheduled for the above referenced action for October 27, 2021 at 9:00 a.m. I have been informed by Wende Correctional Facility that due to security reasons, they are unable to make Mr. Smollen available until 9:30 a.m. that day. Accordingly, Defendants respectfully request the conference be moved from 9:00 a.m. to 9:30 a.m. on October 27, 2021.

Respectfully submitted,

Kathryn Martin
Assistant Attorney General
(914) 422-8615
Kathryn.martin@ag.ny.gov

cc: Samuel J. Smolen
Plaintiff <u>Pro Se</u>
DIN# 85-A-4082
Wende Correctional Facility
P.O. Box 1187
Alden, NY 14004

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/5/2021