UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL J. SMOLEN,

                  Plaintiff,                  No. 18-CV-7621 (KMK)

v.                                         ORDER

C.O. LAWTON P. BROWN, *et al.,*

                  Defendants.

KENNETH M. KARAS, District Judge:

       At the Conference held October 27, 2021, the Court adopted the following schedule:

       Defendants shall submit their Motion for Summary Judgment by no later than December 3, 2021. Plaintiff's Opposition shall be due by no later than January 17, 2022. Defendants shall submit their Reply by no later than January 31, 2022. Defendants shall re-send to Plaintiff color copies of his injuries, as well as any other discovery that Defendants deem appropriate, and certify that they have done so via a letter filed to the docket.

       The Parties are reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument. Defendants are directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED:    October 27, 2021
              White Plains, New York

                                                          KENNETH M. KARAS
                                                          UNITED STATES DISTRICT JUDGE