

U.S. DISTRICT COURT-
SOUTHERN DISTRICT OF NEW YORK          WENDE-C.F.
300 QUARROPAS STREET                   P.O. BOX 1187
WHITE PLAINS-NEW YORK 10601            ALDEN-NEW YORK
ATTN: HON: KENNETH M. KARAS            14004-1187
     U.S. DISTRICT JUDGE               11TH APRIL 2022

RE: SMOLEN V.S. BROWN ET AL 18-CIV-7621 [KMK]

DEAR JUDGE KARAS:
   PLEASE BE ADVISED- ON 01-17-22-I HAD MY FOURTH SURGERY INVOLVING MY PROSTATE CANCER AND HAVE HAD POST SURGICAL PROBLEMS EVER SINCE. I WAS TAKEN BACK TO ERIE COUNTY MEDICAL CENTER E.C.M.C. ON 03-23-22-TO SEE MY UROLOGIST/SURGEON. WHILE AT E.C.M.C.-I BECAME VIOLENTLY ILL AND HAD TO BE TAKEN TO THEIR EMERGENCY ROOM. I WAS THERE FROM 11:A.M. TO 11:P.M. AND THEN RETURNED BACK TO THE PRISON WITH A RECOMMENDATION TO BE SEEN BY A GASTROENTEROLOGIST. I NEVER GOT TO SEE MY UROLOGIST/SURGEON AND AM WAITING FOR ANOTHER APPOINTMENT. I AM VERY SICK TO DATE.
   I RESPECTFULLY REQUEST THAT YOU CONSIDER THIS LETTER A MOTION FOR ME TO BE GRANTED NINETY DAYS IN ORDER TO COMPLY/RESPOND TO DEFENDANTS' MOTIONS ETC.?
   I FURTHER-RESPECTFULLY REQUEST THAT THE COURT APPOINT PRO-BONO-THE LAW FIRM OF COVINGTON AND BURLING L.L.P. 620 EIGHTH AVENUE-NEW YORK-N.Y. 10018-1405. THEY HAVE AGREED TO REPRESENT ME-ON TWO OTHER FEDERAL CIVIL RIGHTS LAWSUITS-AND I AM CERTAIN THEY WOULD BE WILLING TO REPRESENT ME ON THE ABOVE

-SMOLEN VS. BROWN ETAL         II     JUDGE KAPAS
18 CIV 7621 [KMK]                    04-11-22

CON'T---
TITLED CASE. I ALSO WISH TO BRING TO THE COURT'S ATTENTION-OF THE DISINGENUOUS NEGOTIATIONS I HAVE HAD WITH MS. AMANDA YOON- A.A.G. TO SETTLE A MATTER. MS. YOON HAD OFFERED ME TWENTY THOUSAND DOLLARS-$20,000.00-WHICH IS FAR BELOW THE PAYMENTS PAID TO OTHER INMATES FOR ILLEGAL CONFINEMENT IN S.H.U. OR I.P.C., MS. YOON HAD STATED THAT SHE WOULD TRY TO INCREASE THE OFFER AND WOULD GET BACK TO ME BUT IT WOULD TAKE SEVERAL MONTHS FOR HER TO GET AN ANSWER. SEVERAL MONTHS HAD PASSED AND MS. YOON STATED SHE COULDN'T INCREASE THE OFFER- BUT AFTER I INFORMED HER THE OFFER WAS UNACCEPTABLE- MS. YOON AGAIN STATED THAT SHE WOULD TRY AGAIN TO INCREASE THE OFFER. MS. YOON APPARENTLY HAS BEEN REPLACED BY ANOTHER N.Y.S. A.A.G. THIS INVOLVED THE CASE OF SMOLEN VS. HARRISON #7:17 CV-0794 [S.D.N.Y.]. I MENTIONED THE AFOREMENTIONED ONLY TO SHOW THE COURT MY WILLINGNESS TO WORK WITH ANY AND ALL A.A.G.S.

I REQUEST THE COURT GRANT ME MY MOTION REQUEST FOR AN EXTENSION OF TIME TO REPLY TO THE DEFENDANTS' MOTIONS ETC. AND FOR THE COURT TO APPOINT ME PRO-BONO COUNSEL-COVINGTON AND BURLING L.L.P. AND ANY AND ALL RELIEF THE COURT DEEMS NECESSARY AND JUST.

CC: KATHRYN MARTIN-     -RESPECTFULLY SUBMITTED-
A.A.G.                  Samuel J. Smolen Jr.
                        S. SMOLEN #85A7082

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: SAMUEL J SMOLEN JR   DIN: 85A4082



LEGAL MAIL

WENDE ★ CORRECTIONAL FACILITY

NEOPOST
04/11/2022
US POSTAGE $000.53⁰

FIRST-CLASS MAIL

ZIP 14004
041M11281621

U.S DISTRICT COURT —
SOUTHERN DISTRICT OF NEW YORK
ATTN: PRO-SE OFFICE
300 QUARROPAS STREET
WHITE PLAINS- N.Y. 10601

RECEIVED APR 14 2022 PRO SE OFFICE

1060134140 C004

---

In light of Plaintiff's medical issues and potential representation by Covington & Burling, the Court grants Plaintiff **60 days** to file an Amended Complaint.  The Court also notes that, per the Court's memo endorsement dated March 9, 2022, (Dkt. No. 83), Defendants' Motion for Summary Judgment, (Dkt. No. 71), is denied as moot.  Plaintiff is encouraged to reach out to Covington & Burling as soon as possible.  Plaintiff is then directed to inform the Court as to whether Covington & Burling opts to represent him; if so, attorneys are directed to file a Notice of Appearance.

The Clerk of Court is respectfully directed terminate the pending motion, (Dkt. No. 71), and to mail a copy of this memo endorsement to Plaintiff.

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

May 6, 2022