UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL J. SMOLEN,

                              Plaintiff,

              v.

C.O. LAWTON P. BROWN, *et al.*,

                              Defendants.

No. 18-CV-7621 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On October 5, 2023, Defendant informed the Court that "Plaintiff [had] failed to provide Defendants or the Court with a current mailing address, as is his responsibility; therefore, [Defendants' counsel has been] unable to arrange his appearance for the October 12th conference as [she] would normally for an incarcerated plaintiff." (Letter from Kathryn Martin, Esq. to Court (Oct. 5, 2023) 1 (Dkt. No. 102).) That same day, the Court ordered Plaintiff to submit a written notification to the Court of his changed address or otherwise show cause, by no later than November 6, 2023, as to why this case should not be dismissed for failure to prosecute. (Order to Show Cause (Dkt. No. 103).)

Accordingly, the next status conference currently scheduled for October 12, 2023 is adjourned without date.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:  October 5, 2023
        White Plains, New York

_____
        KENNETH M. KARAS
        United States District Judge